
**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed July 1, 2024

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                                                Case No. 24-30639-SWE-13
CHRISTENINA IVANA WEBB
        Debtor

---

### Order Dismissing Chapter 13 Case with Prejudice

    On June 27, 2024, came on to be heard on the Trustee's Motion to Dismiss with Prejudice: Having considered the merits of the Motion, the testimony of the parties, and the arguments of counsel and the parties, if any, the Court is of the opinion that the motion is well taken and should be granted.

    **IT IS THEREFORE, ORDERED** that pursuant to 11 U.S.C. Section 109(g) this case is **DISMISSED, WITH PREJUDICE,** to refiling a case under any Chapter of Title 11, of United States Code for a period of 180 days.

    **IT IS FURTHER, ORDERED** that the remaining balances of all debts due and owing creditors as of this date **ARE NOT DISCHARGED** or affected in any manner by this Order.

### End of Order ###

Approved: /s/ Thomas D. Powers
               {TrusteeName}, Trustee
               State Bar # 16218700
               Office of the Standing Chapter 13 Trustee
               105 Decker Ct
               Suite 1150 11th Floor
               Irving, TX  75062
               (214) 855-9200 / (214) 965-0758  (Fax)